# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-02307 AHM (AJWx) | Date | April 28, 2011 |
|---|---|---|---|
| Title | STEVEN C. TOBIN v. AMERIQUEST MORTGAGE COMPANY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

The party which removed this case from Los Angeles County Superior Court now has sought remand via Ex Parte Application. The Court GRANTS Defendant's Ex Parte Application[1] and REMANDS this action to Los Angeles County Superior Court.

: 

Initials of Preparer      SMO

**JS-6**

---

[1] Dkt. 6.